TROY WASTE MANUFACTURING COMPANY, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Troy Waste Mfg. Co.* v. *N. Y. C. & H. R. R. R. Co.*, 158 App. Div. 352, appeal dismissed.

(Argued September 27, 1915; decided October 5, 1915.)

MOTION by appellant for leave to amend notice of appeal and by defendant to dismiss an appeal, by permission, from a judgment of the Rensselaer County Court, entered October 23, 1912, in favor of plaintiff upon a decision of the court on trial without a jury in an action for conversion.

The motion to dismiss was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*William L. Visscher* for motion to amend and opposed to motion to dismiss appeal.

*Thomas S. Fagan* for motion to dismiss appeal and opposed to motion to amend.

Motion for leave to amend notice of appeal denied. Motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.